**IT IS ORDERED as set forth below:**



Date: May 11, 2020

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## OF NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KIMBERLY CAITLIN LEWIS | ) | CASE NO. 17-62462-JRS |
| | ) | |
| Debtor. | ) | |

### ORDER ON MOTION TO RETAIN TAX REFUND

On March 12, 2020, Debtor filed a Motion to Retain Tax Refund (the "Motion") (Doc. No. 40) and Notice of Hearing ("Notice"). In the Motion the Debtor requested to retain $3720.00 out of $4850.00 of her Federal income tax refund to pay for vehicle repairs and household expenses. Hearing on the Motion was set for April 14, 2019. Counsel for the Debtor and Counsel for the Chapter 13 Trustee appeared. No other parties appeared in opposition. For good cause shown, it is hereby

**ORDERED** that the Motion is granted. The Debtor may retain $3720.00 of her 2019 income tax refund. Debtor shall promptly send the remaining $1,130.00 to the Chapter 13 Trustee to be disbursed, less the statutory fee of the Chapter 13 Trustee, pursuant to the Chapter 13 Plan.

**END OF DOCUMENT**

Prepared by:
____/s/_____
Howard Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339
404-800-4001


No Opposition:

/s/ (*signed with express permission*)
Maria C. Joyner
GA Bar No.: 118350
Staff Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303
(678) 992-1206

## DISTRIBUTION LIST

Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Kimberly Caitlin Lewis
906 Grier Street Apt 217
Woodstock, GA 30189

Howard Slomka, Esq.
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339