UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
KIMBERLY CAITLIN LEWIS ) CASE NUMBER A17-62462-JRS
)
DEBTOR )

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 12/3/2020 the Trustee received a total of $17,540.71. The Trustee's records indicate the amount delinquent is $540.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 7th day of December, 2020.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

CASE NO:   A17-62462-JRS                                                                12/03/2020
KIMBERLY CAITLIN LEWIS

### RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| August 27, 2020 | EPAYPR | 6791838000 | ($1,130.00) |
| August 27, 2020 | EPAYTR | 6791838000 | $1,130.00 |
| July 30, 2020 | INSP | 216575431 | $1,544.71 |
| July 23, 2020 | EPAYPR | 6958799000 | $60.00 |
| July 21, 2020 | EPAYPR | 6952900000 | $300.00 |
| June 24, 2020 | EPAYPR | 6885714000 | $360.00 |
| May 22, 2020 | EPAYPR | 6807236000 | $360.00 |
| May 15, 2020 | EPAYPR | 6791838000 | $1,130.00 |
| May 15, 2020 | EPAYPR | 6791856000 | $900.00 |
| April 17, 2020 | EPAYPR | 6720755000 | $360.00 |
| March 20, 2020 | EPAYPR | 6650354000 | $360.00 |
| February 20, 2020 | EPAYPR | 6573755000 | $360.00 |
| January 23, 2020 | EPAYPR | 6501481000 | $360.00 |
| December 19, 2019 | EPAYPR | 6417012000 | $360.00 |
| | | **Receipt Total:** | **$6,454.71** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>**KIMBERLY CAITLIN LEWIS**<br><br>**DEBTOR** | )<br>)<br>)<br>) | **CHAPTER 13**<br>**CASE NUMBER A17-62462-JRS** |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **January 20, 2021** at **10:00 AM in Courtroom 1404, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**. *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 7th day of December, 2020.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201

# CERTIFICATE OF SERVICE

Case No:  A17-62462-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

KIMBERLY CAITLIN LEWIS
625 HARBOR CREEK DRIVE
CANTON, GA  30115

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 7th day of December, 2020.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201