

**IT IS ORDERED as set forth below:**

**Date: February 26, 2021**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISON

| | | |
|---|---|---|
| IN RE: | : | |
| KIMBERLY CAITLIN LEWIS | : | CHAPTER 13 |
| Debtor. | : | CASE NO.: 17-62462-JRS |
| ------------------------------------------- | : | |
| KIMBERLY CAITLIN LEWIS | : | |
| Movant | : | |
| v. | : | |
| TOYOTA MOTOR CREDIT CORP. | : | |
| Respondent | : | |

================================================================

### ORDER GRANTING DEBTOR'S
### MOTION TO CEASE PAYING PROOF OF CLAIM

The above Debtor, KIMBERY C. LEWIS ("Debtor") filed an Objection ("Objection") to Proof of Claim No. 4-1 of Toyota Motor Credit Corp. ("Claimant") dated January 8, 2021 (Doc. No. 46) based on its payment in full from insurance proceeds from GEICO. All parties were served and none filed any written response. The Court held a hearing on the Objection on February 17, 2021 at which there was no appearance for Claimant, and Howard P. Slomka, Esq. attended on behalf of Debtor. Chapter 13 Trustee was represented by Maria C. Joyner, Esq. and expressed that she had no opposition to the Motion. It is thereby

ORDERED that Debtor's Objection to Proof of Claim No. 4-1 of Toyota Motor Credit Corp. is granted and Claim No. 4-1 is disallowed;

IT IS FURTHER ORDERED that the claims register in this case will reflect that Claim No. 4-1 will be disallowed.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall disburse all remaining insurance proceeds, less the statutory fee of the Trustee, to allowed unsecured claims and increase the base of the plan.

[END OF DOCUMENT]

Prepared and Presented by:

_____/s/_____
Howard Slomka
Georgia Bar #652875
Slipakoff and Slomka PC
2859 Paces Ferry Road

Suite 1700
Atlanta, Georgia 30339
Attorney for Debtors


NO OPPOSITION

/s/_____
Maria C. Joyner
Ga Bar # 118350
Staff Attorney for
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
mjoyner@njwtrustee.com
678-992-1210


**DISTRIBUTION LIST**


Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

TOYOTA MOTOR CREDIT CORP.
c/o Buckley Madole PC
PO Box 9013
Addison, TX 75001